| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>William N. Lobel, Esq. (State Bar No. 93202)<br>wlobel@tocounsel.com<br>Christopher J. Harney, Esq. (State Bar No. 322306)<br>charney@tocounsel.com<br>THEODORA ORINGHER PC<br>535 Anton Blvd., Ninth Floor<br>Costa Mesa, CA 92626<br>Telephone: (714) 549-6200<br>Facsimile: (714) 549-6201<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Dov Arieh Charney | FOR COURT USE ONLY<br><br>**F I L E D**<br>CLERK, U.S. DISTRICT COURT<br>JUNE 10 2022<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ RS _____ DEPUTY<br><br>**2:22-CV-04004-PA** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>DOV ARIEH CHARNEY<br><br><br>Debtor(s). | CASE NO.: 2:22-bk-11335-VZ<br>ADVERSARY NO.:<br>(*if applicable*)<br>CHAPTER: 11 |
|---|---|
| Plaintiff(s) (*if applicable*).<br>vs.<br><br><br>Defendant(s) (*if applicable*). | **NOTICE OF APPEAL**<br>**AND STATEMENT OF ELECTION** |

**Part 1:  Identify the appellant(s)**

1.   Name(s) of appellant(s):  DOV ARIEH CHARNEY

2.   Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.

☐ Plaintiff
☐ Defendant
☐ Other (*describe*):

For appeals in a bankruptcy case and not in an  adversary proceeding.

☒ Debtor
☐ Creditor
☐ Trustee
☐ Other (*describe*):

## Part 2:  Identify the subject of this appeal

1.  Describe the judgment, order, or decree appealed from:

Order Granting Motion for Relief from the Automatic Stay Under 11 U.S.C. Section 362 (Dkt. 114)

2.  The date the judgment, order, or decree was entered:  05/31/2022

## Part 3:  Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (*attach additional pages if necessary*):

1.  Party:  P Standard General Ltd., Standard General Master Fund, L.P., and Standard General L.P.

Attorney:
Steven Jay Katzman
Anthony R. Bisconti
BIENERT KATZMAN LITTRELL WILLIAMS LLP
601 W. 5th Street, Suite 720
Los Angeles, California 90071
Telephone (213) 528-3400

2.  Party:    *See attachment for additional names of attorneys.*
Attorney:

## Part 4:  Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court.  If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below.  Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☒  Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5:  Sign below

/s/ Christophr J. Harney                                        Date: 06/10/2022

Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

**[Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

**Attachment – Part 3:  Identify the other parties to the appeal**

Party:  P Standard General Ltd., Standard General Master Fund, L.P., and Standard
General L.P.

Attorneys:
Jay S. Auslander
Eric Snyder
WILK AUSLANDER LLP
825 Eighth Avenue, Ste. 2900
New York, NY 10019
Telephone:  (212) 981-2300

Jessica Taran
110 Kesington Way
San Francisco, CA 94127
Telephone: (917) 686-0195

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Anthony R. Bisconti, State Bar No. 269230<br>tbisconti@bklwlaw.com<br>**BIENERT KATZMAN LITTRELL WILLIAMS LLP**<br>601 W. 5th Street, Suite 720<br>Los Angeles, California 90071<br>T: (213) 528-3400; F: (949) 369-3701<br><br>Jay S. Auslander (admitted pro hac vice)<br>jauslander@wilkauslander.com<br>Eric Snyder (admitted pro hac vice)<br>esnyder@wilkauslander.com<br>**WILK AUSLANDER LLP**<br>825 Eighth Avenue, Ste. 2900<br>New York, NY 10019<br>T: (212) 981-2300; F: (212) 981-2316<br><br>☐ *Movant appearing without an attorney*<br>☒ *Attorney for Movant* | <div align="center">**FILED & ENTERED**<br><br>MAY 31 2022<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY johnson DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT**</div> |

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

</div>

| In re:<br><br><br>DOV ARIEH CHARNEY<br><br><br><br><br>Debtor(s). | CASE NO.: 2:22-bk-11335-VZ<br><br>CHAPTER: 11 |
|---|---|
| | <div align="center">**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362**<br><br>**(Action in Nonbankruptcy Forum)**</div> |
| | DATE: May 24, 2022<br>TIME: 10:30 a.m.<br>COURTROOM: 1368<br>PLACE: 255 E. Temple Street<br>       Los Angeles, CA 90012 |

| **MOVANT:** Standard General L.P., Standard General Master Fund L.P., and P. Standard General Ltd. |
|---|

1. The Motion was: ☒ Opposed ☐ Unopposed ☐ Settled by stipulation

2. The Motion affects the following Nonbankruptcy Action:

   Name of Nonbankruptcy Action: (i) *P. Standard General Ltd. et al v. Charney et al*;
                                          (ii) *Charney v. Standard General, L.P. et al*; and
                                          (iii) *P. Standard General Ltd. et al v. Charney*.
   Docket number: Case Nos. (i) BS172538, (ii) BC581130, and (iii) BC706996

   Nonbankruptcy court or agency where the Nonbankruptcy Action is pending: Superior Court for the State of California,
   <div align="center">Los Angeles County</div>

---

<div align="center">This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.</div>

3.   The Motion is granted under 11 U.S.C. § 362(d)(1).

4.   As to Movant, its successors, transferees and assigns, the stay of 11 U.S.C. § 362(a) is:

   a.  ☒  Terminated as to the Debtor and the Debtor's bankruptcy estate.

   b.  ☐  Modified or conditioned as set forth in Exhibit _____ to the Motion.

   c.  ☐  Annulled retroactively to the bankruptcy petition date.  Any postpetition acts taken by Movant to enforce its remedies regarding the nonbankruptcy action do not constitute a violation of the stay.

5.   **Limitations on Enforcement of Judgment:**  Movant may proceed in the nonbankruptcy forum to final judgment (including any appeals) in accordance with applicable nonbankruptcy law.  Movant is permitted to enforce its final judgment only by *(specify all that apply)*:

   a.  ☐  Collecting upon any available insurance in accordance with applicable nonbankruptcy law.

   b.  ☐  Proceeding against the Debtor as to property or earnings that are not property of this bankruptcy estate.

6.   This order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of the Bankruptcy Code.

7.  ☐  The co-debtor stay of 11 U.S.C. § 1201(a) or § 1301(a) is terminated, modified or annulled as to the co-debtor, on the same terms and conditions as to the Debtor.

8.  ☐  The 14-day stay prescribed by FRBP 4001(a)(3) is waived.

9.  ☐  This order is binding and effective in any bankruptcy case commenced by or against the Debtor for a period of 180 days, so that no further automatic stay shall arise in that case as to the nonbankruptcy action.

10. ☐  This order is binding and effective in any future bankruptcy case, no matter who the debtor may be, without further notice.

11. ☒  Other *(specify)*:

   The Court adopts and incorporates the findings of fact and conclusions of law set forth on the record on April 26, 2022 at the hearing on Movants' motions to remand the following three actions pending in California Superior Court, County of Los Angeles: Case Nos. BC581130, BC706996, and BS172538 (the "Actions"). *See* Adv. Pro. Case No. 2:22-ap-01068-VZ, Dkt. No. 31 (4/26/22 Hr. Tr.). Based upon those findings of fact and conclusions of law, and for the additional reasons set forth by the Court on the record for the hearing on the Motion, the automatic stay under 11 U.S.C. § 362(a) is lifted for as to Movants to permit Movants to proceed to judgment but may not enforce the judgment against the Debtor, the property of the Debtor or the Bankruptcy Estate without further order of this Court.

                                                      ###

Date: May 31, 2022

                                                      Vincent P. Zurzolo
                                                      United States Bankruptcy Judge

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*                                    Page 2                          **F 4001-1.RFS.NONBK.ORDER**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
535 Anton Blvd., Ninth Floor, Costa Mesa, CA 92626


A true and correct copy of the foregoing document entitled: **NOTICE OF APPEAL AND STATEMENT OF ELECTION**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in
the manner stated below:

**1.  <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**:  Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
 06/10/2022  , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the
following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2.  <u>SERVED BY UNITED STATES MAIL</u>**:
On (*date*)  06/10/2022  , I served the following persons and/or entities at the last known addresses in this bankruptcy
case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail,
first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the
judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒  Service information continued on attached page

**3.  <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>** (state method
for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 06/10/2022  , I served the
following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is
filed.
Hon. Vincent P. Zurzolo (personal delivery)
United States Bankruptcy Court
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1360
Los Angeles, CA 90012

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


| 06/10/2022 | Sara Tena | /s/ Sara Tena |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

- **Anthony Bisconti**    tbisconti@bklwlaw.com,
  4579179420@filings.docketbird.com;docket@bklwlaw.com
- **Todd S Garan**    ch11ecf@aldridgepite.com,
  TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
- **Robert P Goe**    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- **Marshall F Goldberg**    mgoldberg@glassgoldberg.com, jbailey@glassgoldberg.com
- **Christopher J Harney**    charney@tocounsel.com, stena@tocounsel.com
- **Steven J. Katzman**    SKatzman@bienertkatzman.com,
  4579179420@filings.docketbird.com;docket@bklwlaw.com
- **William N Lobel**    wlobel@tocounsel.com,
  stena@tocounsel.com;sschuster@tocounsel.com
- **Kelly L Morrison**    kelly.l.morrison@usdoj.gov
- **Olaf J Muller**    olaf@olafmullerlaw.com
- **Nathaniel W Reinhardt**    nreinhardt@bienertkatzman.com,
  4579179420@filings.docketbird.com
- **Jeffrey M. Reisner**    jreisner@steptoe.com, #-
  FirmPSDocketing@Steptoe.com;klyman@steptoe.com;nmorneault@Steptoe.com
- **Richard L. Stevenson**    bknotice@mccarthyholthus.com
- **Jessica Taran**    jtaran@jtaranlaw.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Jennifer C Wong**    bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

2. <u>**SERVED BY UNITED STATES MAIL**</u>

See Attached Service List.

1254906.1/81961.82002 This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                    **F 9013-3.1.PROOF.SERVICE**

Employment Development Dept.
Franchise Tax Board
Bankruptcy Group MIC 92E
Sacramento, CA 95812-2952

Franchise Tax Board
Bankruptcy Section MS: A-340
P.O. Box 826880 P.O. Box 2952
Sacramento, CA 94280-0001

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

LOS ANGELES COUNTY TREASURER
AND TAX COLLE
ATTN BANKRUPTCY UNIT
PO BOX 54110
LOS ANGELES CA 90054-0110

OFFICE OF FINANCE CITY OF LOS
ANGELES
200 N SPRING ST RM 101 CITY HALL
LOS ANGELES CA 90012-3224

Securities & Exchange
Commission
444 South Flower St., Suite 900
Los Angeles, CA 90071-2934

Los Angeles County: Property Tax
Lien
225 North Hill St #1
Los Angeles CA 90012-3253

17561 Canada Inc.
301 Murray St.
Montreal PQ H3C-2E1 Canada

9439-0838 QUEBEC INC
6824 Louis Pasteur Ave
Montreal QC H4W-3E9 Canada

Bank of America
31 W. Patrick St.
Frederick MD 21701-5553

California State Franchise Tax
Board
PO Box 942867
Sacramento CA 94267-0001

Candice Hache
25123 Middlebrook Way
Moreno Valley CA 92551-9204

Carolina Crespo
5535 La Roda Ave.
Los Angeles CA 90041

DBZN Family Limited Partnership
1946 South Barrington Ave #2
Los Angeles CA 90025-5319

David Graff
3 Middle Patent Road
Armonk NY 10504-2803

Downtown LA Law Group LLP
601 N Vermont Ave
Los Angeles CA 90004-2174

Eisner LLP
9601 Wilshire Blvd
Beverly Hills CA 90210-5211

Elevated LLC
118 E 8th Street
Los Angeles CA 90014-3306

Eric J Ribner
59 Connecticut Ave
Greenwich CT 06830-5735

Gaskin Properties
13547 Ventura Blvd #283
Sherman Oaks CA 91423-3825

Glaser Weil Fink Howard Avchen
& Shapiro LLP
10250 Constellation Blvd #19
Los Angeles CA 90067-6219

Go Textile International Inc
1800 S Essex St L
Los Angeles CA 90021-3085

Go Textile International Inc
1800 S Essex St L
Los Angeles 90021-3085

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY
OPERATIONS PO BOX 7346
PHILADELPHIA PA 19101-7346

Keith A. Fink
1990 Bundy Drive, Suite 620 Los
Angeles CA 90025-5690

Kirk Priess
1416 1/2 Allison Ave
Los Angeles CA 90026-6433

LA DWP
PO Box 30808
Los Angeles CA 90030-0808

Lloyd Brown
300 Rue de la Berge Du Canal
Apt 31
Lachine PQ H8R 1H3 Canada

MF Trading Inc
10437 Des Moines Ave
Porter Ranch CA 91326-2923

Maya Charney
4815 Boulevard de Maisonneuve O
Westmount QC H3Z 1M4

Morris Charney
12 Melbourne Ave
Westmount QC H3Z 1H7

Moshe Safdie
7 Waterhouse Street Cambridge
MA 02138-3607

Mr. Cooper 5801 Postal Rd
PO Box 818060
Cleveland OH 44181-8060

Neil Jacobs
380 Omar Street
Los Angeles CA 90013-1608

P Standard General Ltd. c/o
Standard General
767 Fifth Avenue, 12th floor
New York NY 10153-0064

(p)PNC BANK RETAIL LENDING
P O BOX 94982
CLEVELAND OH 44101-4982

Pat Honda
3969 Walnut Ave
Long Beach CA 90807-3745

Republic Factors
15260 Ventura Blvd
Suite 1920
Sherman Oaks CA 91403-5380

Robert Grahm Trust 13459
Mulholland Drive
Beverly Hills CA 90210-1139

Select Portfolio Servicing
PO Box 65250
Salt Lake City UT 84165-0250

Stan Katz / Katz and Verron
801 S Figueroa St #1000
Los Angeles CA 90017-5508

Sylvia Safdie
301 Murray Street
Montreal PQ 90031

Tolbex Mortgage
200 E Palmetto Park Rd
Boca Raton FL 33432-5623

Total Custom Services Inc
2555 Dollard Ave
La Salle QC H8N-3A9 Canada

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

Zia Abhari
3003 South Hill Street
Los Angeles, CA 90007

Dov Arieh Charney
1809 Apex Avenue
Los Angeles, CA 90026-1462

Wells Fargo Visa
P.O. Box 6995
Portland, OR 97228-6995