JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>DOV ARIEH CHARNEY,<br><br>Debtor. | District Court Case No.:<br>2:22-cv-04004-PA<br><br>Bankruptcy Case No.:<br>2:22-bk-11335-VZ |
| DOV ARIEH CHARNEY,<br><br>Appellant,<br><br>vs.<br><br>P STANDARD GENERAL LTD., STANDARD GENERAL MASTER FUND, L.P., AND STANDARD GENERAL L.P.<br><br>Appellees. | **ORDER ON STIPULATION OF VOLUNTARY DISMISSAL [DKT. #17]** |

*[PROPOSED] ORDER ON STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.A.P 42(B)*

## ORDER

The stipulation is approved. The above-captioned appeal is hereby dismissed without prejudice and each party shall bear its own fees and costs.

Dated:  August 12, 2022

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE